CLERK'S OFFICE U.S. DIST. COURT
AT [illegible]

SEP 1 2 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. 5:04cr30017 |
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| **ANDREA ROSE CHARLTON** | ) | By: **Samuel G. Wilson** |
| | ) | **United States District Judge** |

In accordance with the Memorandum Opinion entered on this date, it is **ORDERED** and **ADJUDGED** that Charlton's 28 U.S.C. § 2255 petition is **DISMISSED**, and this action is **STRICKEN** from the docket of the court.

The court finds that Andrea Rose Charlton has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), and **DENIES** a certificate of appealability.

The clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to petitioner.

**ENTER:** September 12, 2012.

/s/

UNITED STATES DISTRICT JUDGE